UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARGUERITE A. HOLMAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 07-6075-HA

JUDGMENT

Based on the record,

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner regarding plaintiff Marguerite A. Holman's application for DIB and SSI is AFFIRMED.

Dated this __24__ day of September, 2008.

                         /s/ ANCER L. HAGGERTY
                         ANCER L. HAGGERTY
                         UNITED STATES DISTRICT JUDGE